UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :      Crim. No. 11-848(KSH)

     v.                               :

BYUNG RO KIM                     :      ORDER

     This matter having come before the Court on the Report and Recommendation of the United States Magistrate Judge filed in this matter, which was submitted as a result of this Court having referred this cause to the Magistrate Judge for the purpose of conducting a plea proceeding under Fed. R. Crim. P. 11; and the defendant having consented to the Magistrate Judge conducting the guilty plea proceeding; and the Court having reviewed the Report and Recommendation, as well as the transcript of the proceedings on December 9, 2011; and there being no objection to the Report and Recommendation timely filed pursuant to 28 U.S.C. § 636(b); and the Court finding the Report and Recommendation is neither clearly erroneous nor contrary to law; and the Court hereby finding that the Report and Recommendation should be approved and adopted and the defendant's guilty plea accepted,

     IT IS ON THIS 20th day of December , 2011

     ORDERED that the Report and Recommendation of the United States Magistrate Judge is approved and adopted; and

     IT IS FURTHER ORDERED that the defendant's guilty plea is accepted and a judgment of guilt to the Information shall be entered.

_____
UNITED STATES DISTRICT JUDGE